CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 2 7 2009

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| THOMAS F. PIEPENHAGEN, | ) |
| Plaintiff, | ) Civil Action No. 7:08-CV-00236 |
| v. | ) FINAL ORDER |
| | ) By: Hon. James C. Turk |
| OLD DOMINION FREIGHT LINE, INC. EMPLOYEE BENEFIT PLAN, | ) Senior United States District Judge |
| Defendant. | ) |

In accordance with the accompanying Memorandum Opinion, it is hereby

ADJUDGED AND ORDERED

that:

1. Defendant Old Dominion Freight Line, Inc. Employee Benefit Plan's Motion for Summary Judgment (Docket No. 24) is **GRANTED**;

2. Plaintiff Thomas F. Piepenhagen's

    a. Motion for Summary Judgment (Docket No. 22) is **DENIED**;

    b. Request for Attorneys Fees (Docket No. 27) is **DENIED**; and

    c. Objections to the Authenticity of the Administrative Record (Docket No. 19) is **DENIED**, to the extent that Piepenhagen seeks any information not already provided by ODFL

The clerk of court is directed to strike the matter from the active docket and to send a copy of this Final Order and accompanying Memorandum Opinion to counsel of record for each party.

ENTER: This 27th day of February, 2009.

Hon. James C. Turk
Senior United States District Judge